IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALBERT G. RUBIN as Trustee of the
ALBERT G. RUBIN TRUST u/t/a dated
7/25/90,

      Plaintiff,

v.                              Case No. 1:18-cv-03228

VR COLLECTIONS, LLC, a North
Carolina Limited Liability Company and
ELI GLOBAL, LLC, a Delaware Limited
Liability Company,

      Defendants.

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiff Albert G. Rubin as Trustee of the Albert G. Rubin Trust u/t/a dated 7/25/90 and Defendants VR Collections, LLC and Eli Global, LLC, pursuant to the terms of a separate Release and Settlement Agreement, stipulate and agree as follows:

      1.    Plaintiff served Defendants with an Original Complaint, to which Defendants filed an Answer;

      2.    The parties to this matter have executed a separate Release and Settlement Agreement; and

      3.    Plaintiff and Defendants, by this stipulation, advise the Court that they have settled the claims asserted in this matter by entering into a separate Release and Settlement Agreement, and that this matter, and in particular all claims brought in this matter by the parties, shall be dismissed with prejudice, and that each party shall bear its own fees and expenses, without award of costs to either party.

Wherefore, Plaintiff Albert G. Rubin as Trustee of the Albert G. Rubin Trust u/t/a dated 7/25/90 and Defendants VR Collections, LLC and Eli Global, LLC respectfully present this Stipulation of Dismissal with Prejudice and request that the Court dismiss this case with prejudice to refiling, with all costs, expenses, and attorney's fees borne by the party incurring them.

Dated: December 10, 2018

Respectfully submitted,

ALBERT G. RUBIN as Trustee of the ALBERT G. RUBIN TRUST u/t/a dated 07/25/90, Plaintiff

By:  /s/ John M. Heaphy
         One of His Attorneys

John M. Heaphy
(312) 753-6160
jheaphy@harrisonheld.com
Jeffrey J. Halldin
(312) 753-6107
jhalldin@harrisonheld.com
HARRISON & HELD, LLP
333 West Wacker Drive
Suite 1700
Chicago, Illinois 60606

VR COLLECTIONS, LLC, a North Carolina Limited Liability Company and ELI GLOBAL, LLC, a Delaware Limited Liability Company, Defendants

By:  /s/ Aaron Z. Tobin
         One of Their Attorneys

Aaron Z. Tobin
CONDON TOBIN SLADEK THORNTON PLLC
8080 Park Lane
Suite 700
Dallas, Texas 75231
(214) 691-6300
atobin@ctstlaw.com